JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>WILMER TREJO-GAMEZ,<br><br>          Defendant. | CR22-061JLR<br><br>ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AS COUNSEL DUE TO CONFLICT OF INTEREST AND TO APPOINT SUBSTITUTE CJA COUNSEL |

THIS COURT has reviewed the *ex parte* motion by Assistant Federal Public Defender Christopher M. Sanders for withdrawal and substitution of CJA counsel, and has reviewed the records and files herein.

IT IS NOW THEREFORE ORDERED that the Federal Public Defender is allowed to withdraw as counsel for Wilmer Trejo-Gamez based on a conflict of interest. The CJA Administrator is directed to immediately appoint substitute counsel for Mr. Trejo-Gamez.

DONE this 13th day of May, 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christopher M. Sanders*
Assistant Federal Public Defender

ORDER GRANTING *EX PARTE* MOTION
TO WITHDRAW AS COUNSEL AND
APPOINT CJA PANEL ATTORNEY - 1
(*U.S. v. Wilmer Trejo-Gamez;* CR22-061JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100