DISTRICT JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>WILMER A. TREJO GAMEZ,<br><br>  Defendant. | NO. CR22-061-JLR<br><br>ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS FILING DATE |

THE COURT having considered the motion for continuance of the trial date, and the records and files herein, including the defendant's waiver of speedy trial rights, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date is extended from October 31, 2022 to January 3, 2023. Pretrial motions shall be filed by December 1, 2022.

ORDER ON MOTION TO CONTINUE TRIAL DATE

LAW OFFICE OF TIMOTHY R. LOHRAFF
5005 51ˢᵗ Avenue S.
Seattle, WA 98118
(206) 940-6523
Lohrafflaw@gmail.com

1  IT IS FURTHER ORDERED THAT the time period between the date of this
2  order and the new trial date is excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A),
3  for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18
4  U.S.C. § 3161-3174.

5  DONE this 6th day of October, 2022.

7  Hon. JAMES L. ROBART
   United States District Judge

8  Presented by:

   *s/Timothy R. Lohraff*
10   Bar No. 32145
     Attorney for Wilmer A. Trejo Gamez
11   5005 51st Avenue S.
     Seattle, WA  98118
12   206/940-6523
     Lohrafflaw@gmail.com

ORDER ON MOTION TO CONTINUE TRIAL DATE

LAW OFFICE OF TIMOTHY R. LOHRAFF
5005 51st Avenue S.
Seattle, WA 98118
(206) 940-6523
Lohrafflaw@gmail.com