UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILMER A. TREJO-GAMEZ,<br><br>Defendant. | CASE NO. CR22-0061JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On October 6, 2022, the court continued Defendant Wilmer A. Trejo-Gamez's trial date to January 3, 2023.  (*See* 10/6/22 Order (Dkt. # 29) at 1 (ordering the parties to file any pretrial motions by December 1, 2022); *see also* Def. 2d Unopposed Mot. to Cont. Trial (Dkt. # 26).)  The court SCHEDULES a pretrial conference for December 14, 2022 at 9:00 a.m.  The court ORDERS that the parties shall file and serve any motions in limine, proposed voir dire, and proposed jury instructions no later than close of business

1   on December 9, 2022.  The court further ORDERS that the Government shall file and

2   serve its trial brief no later than December 12, 2022, and Mr. Trejo-Gamez shall file and

3   serve his trial brief no later than December 16, 2022.  For all other trial documents, the

4   parties shall follow the deadlines set forth in Appendix A to the Local Criminal Rules.

5   *See* Local Criminal Rules W.D. Wash. Appendix A.

6          Filed and entered this 17th day of October, 2022.

7
                                  RAVI SUBRAMANIAN
8                                 Clerk of Court

9                                 s/ Ashleigh Drecktrah
                                  Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 2